# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1782. IN THE INTEREST OF T.D., A CHILD.**

On May 30, 2023, the Juvenile Court of Coffee County entered an order granting the State's motion to vacate an adjudication of delinquency and transfer the case against T. D., a child, to the Superior Court of Coffee County. On June 23, 2023, T. D. filed two notices of appeal from the juvenile court's order – one in juvenile court and one in superior court. This is the appeal T. D. initiated in superior court.[1]

The filing of the notice of appeal "in the superior court was ineffective under the Appellate Practice Act because appeals are initiated by filing a notice of appeal 'with the clerk of the court wherein the case was determined[.]' OCGA § 5-6-37." *In re Estate of Dasher*, 259 Ga. App. 201,  202, n. 2 (576 SE2d 559) (2002); *Bailey v. Bonaparte*, 125 Ga. App. 512, 515 (188 SE2d 119) (1972) ("An appeal or notice of appeal filed anywhere other than where the law directs that it be filed is ineffective. No other court has jurisdiction to accept or file it[.]"). The order at issue was entered in juvenile court, rendering the filing of the notice of appeal in superior court ineffective. We note that the notice of appeal T. D. filed in juvenile court was

---

[1] OCGA § 15-11-564 (a) authorizes a direct appeal from a juvenile court order transferring a case to superior court.

sufficient to initiate an appeal. See *In re Estate of Dasher*, 259 Ga. App. at 202, n. 2. That appeal has been docketed in this Court as Case No. A23A1783.[2]

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,__08/07/2023_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*

---

[2] The notices of appeal are identical in substance. T.D. states that he filed the notices of appeal in both courts "out of an abundance of caution."